**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 96-6891**

―――――――――

SONIA WILLIAMS,

                                        Plaintiff - Appellant,

        versus

CLARENCE WILLIAMS, Sheriff; MAJOR WOODY;
ANTHONY DOWDY, Sergeant,

                                        Defendants - Appellees,

        and

CAPTAIN NEWTON; LIEUTENANT SPENCE; SERGEANT
BRANDT; SERGEANT SAUNDERS; DEPUTY SMITH;
DEPUTY MARTIN; DEPUTY CARR; DEPUTY DEBUSKE;
DEPUTY GUERRANT; MR. PENCILE; MR. CLARK;
MR. MUTCH; DEPUTY BROWN,

                                        Defendants.

―――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge.
(CA-95-100)

―――――――――

Submitted: February 27, 1997        Decided: March 11, 1997

―――――――――

Before MURNAGHAN, NIEMEYER, and MOTZ, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Sonia Williams, Appellant Pro Se.  Steven Latham Micas, County Attorney, Jeffrey Lee Mincks, Senior Assistant County Attorney, Stylian Paul Parthemos, Wendell Charles Roberts, COUNTY ATTORNEY'S OFFICE, Chesterfield, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sonia Williams appeals the district court's order granting defendants' motion for summary judgment and dismissing her 42 U.S.C. § 1983 (1994) action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Williams v. Williams, No. CA-95-100 (E.D. Va. May 16, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED